United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 96-4247

| | | |
|---|---|---|
| Gary Lloyd Bruce, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Jeffrey S. Paulsen, in his individual | * | |
| and official capacity; Charles | * | |
| Faulkner, in his individual and | * | Appeal from the United States |
| official capacity; Richard Anderson, | * | District Court for the |
| in his individual and official | * | District of Minnesota. |
| capacity, | * | [UNPUBLISHED] |
| | * | |
| Appellees, | * | |
| | * | |
| David Roettger, in his individual | * | |
| and official capacity; Brent Olson, | * | |
| in his individual and official capacity, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: January 23, 1998

Filed: January 29, 1998
_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
    Judges.

_____

PER CURIAM.

Gary Lloyd Bruce, a federal inmate, appeals from the district court's[1] adverse grant of summary judgment to defendants in his action alleging violations of various Constitutional rights. Having reviewed the record and the parties' briefs, we conclude that the district court's judgment was correct and that an extended opinion is not warranted. See 8th Cir R. 47B. The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum for the Honorable David S. Doty, United States District Judges for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.